UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STANLEY THOMPSON | * | CIVIL ACTION NO. 20-1996 |
| | * | |
| | * | SECTION: "A"(1) |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| LANGENSTEIN'S OF METAIRIE, INC. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## REPORT AND RECOMMENDATION

Plaintiff filed this lawsuit on July 13, 2020, and is represented by counsel. On October 5, 2020, Plaintiff filed a waiver of service into the record reflecting that the deadline for defendant to file responsive pleadings was November 17, 2020. Defendant did not file responsive pleadings by that date, nor did defendant appear to request an extension of time to respond to the Complaint. Plaintiff did not move for entry of default judgment. On November 19, 2020, this Court issued an order requiring plaintiff to show good cause in writing within 21 days why his action should not be dismissed for failure to prosecute. Plaintiff was warned that his failure to comply with the Court's order could result in dismissal of his action in accordance with Federal Rule of Civil Procedure 41(b). Plaintiff has failed to file any response to this Court's order. Defendant has still not made an appearance, and plaintiff has not moved for entry of default.

"[A] federal district court possesses the inherent authority to dismiss an action for want of prosecution, which it may exercise on its own motion when necessary to maintain the orderly administration of justice." Gonzalez v. Firestone Tire & Rubber Co., 610 F.2d 241, 247 (5th Cir. 1980). Plaintiff's failure to move for default judgment upon the defendant's failure to appear and plaintiff's failure comply with this court's order to show good cause for his failure to do so demonstrates a clear record of delay. Accordingly,

1

IT IS RECOMMENDED that plaintiff's Complaint be dismissed without prejudice.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 16th day of December, 2020.

Janis van Meerveld<br>
United States Magistrate Judge