UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| STANLEY THOMPSON | * | CIVIL ACTION NO. 20-1996 |
|---|---|---|
| | * | |
| | * | SECTION: "A"(1) |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| LANGENSTEIN'S OF METAIRIE, INC. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Plaintiff's complaint is dismissed without prejudice.

January 13, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

1